Order Filed on
04/16/2013
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

In Re:

Sarah D. Schultz
23 Franklin Place
Morristown, NJ 07960
xxx-xx-2478

Case No.: 96-24024

Chapter: 7

Hearing Date: _____

Judge: _____

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby ORDERED.

**DATED: 04/16/2013**

Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

This matter having come before the Court by motion of ____Sarah D. Schultz____ requesting payment of unclaimed funds in the amount of $ ____7,321.32____ and the Court being full appraised,

IT IS HEREBY ORDERED:

That the amount of $ ____7,321.32____ is payable to:

Name:           Sarah D. Schultz

Current Address:    23 Franklin Place

                         Morristown, NJ 07960

*rev.4/25/12*

*Approved by Judge Gloria M. Burns April 16, 2013*